## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In Re:                                    )        Chapter 13 Case No. 15-52357
    Nicholas Phillips
    Rebecca Phillips                  )
                                     )
                                     )        Judge Hoffman
          Debtor(s)              )

### AMENDMENT TO PETITION, SCHEDULES, CREDITOR MATRIX AND/OR STATEMENT OF AFFAIRS PURSUANT TO BANKRUPTCY RULE 1009

The attachments hereto amend the following:

       A      B   C      D       E    F

       G       H    I     J      Matrix
    Chapter 13 Plan      other

Debtor(s) represents that the amendment attached contain full and true statements of facts set forth therein, as required by the provisions of Title 11 U.S.C. and Bankruptcy Rules relating to the debtor.

    Debtor(s) Nicholas & Rebecca certifies under penalty of perjury that the foregoing is true and correct.

Executed on: 7/2/15

          /s/ Nicholas Phillips
          Signature of Debtor

          /s/ Rebecca Phillips
          Signature of Debtor

### CERTIFICATE OF SERVICE

Creditors have twenty-one (21) days from the date of this notice in which to file an objection to the confirmation of Debtor's Chapter 13 plan. A copy of this amendment was also served electronically upon the United States Trustee and the Chapter 13 trustee.

          /s/ Lucas M. Ruffing
          Signature of Attorney

**Creditors:**

2:15-bk-52357|AEP Ohio |P.O. Box 24404|Canton, OH 44701-4404| |||

2:15-bk-52357|Advanced Automotive Diagnostics |4820 Hendron Rd|Groveport, OH 43125-9507| |||

2:15-bk-52357|Asst US Trustee (Col) |Office of the US Trustee|170 North High Street|Suite 200|Columbus, OH 43215-2417||

2:15-bk-52357|Banfield Pet Hospital |8000 NE Tillamook|Po Box 13998|Portland, OR 97213-0998| ||

2:15-bk-52357|Big Run Urgent Care |P.O. Box 713256|Columbus, OH 43271-3256| |||

2:15-bk-52357|Canal Side Capital |PO Box 168|Newark, NY 14513-0168| |||

2:15-bk-52357|Central Ohio Primary Care |P.O. Box 742518|Cincinnati, OH 45275| |||

2:15-bk-52357|Central Ohio Urology Group |POB 713888|Cincinnati, OH 45271-0001| |||

2:15-bk-52357|Checksmart |7001 Post Rd.|Dublin, OH 43016-8309| |||

2:15-bk-52357|CHOICE RECOVERY INC|1550 OLD HENDERSON ROAD|STE 100|COLUMBUS OH 43220-3662|||preferred

2:15-bk-52357|CHOICE RECOVERY INC|1550 OLD HENDERSON ROAD|STE 100|COLUMBUS OH 43220-3662|||preferred duplicate

2:15-bk-52357|COLUMBIA GAS|290 W NATIONWIDE BLVD 5TH FL|BANKRUPTCY DEPARTMENT|COLUMBUS OH 43215-4157|||preferred

2:15-bk-52357|Columbus Connection |PO Box 636548|Cincinnati, OH 45263-6548| |||

2:15-bk-52357|Credit Collection services |P.O. Box 9134|Needham Heights, MA 02494-9134| |||

2:15-bk-52357|Credit Collections Service |Two Wells Ave.|Newton Center, MA 02459-3246| |||

2:15-bk-52357|Diley Ridge |Po Box 89415|Cleveland, OH 44101-6415| |||

2:15-bk-52357|Eagle Loan of Ohio |6565 E. Livingston Ave.|Reynoldsburg, OH 43068-3502| |||

2:15-bk-52357|Emergency Service Inc. |P.O. Box 713189|Columbus, OH 43271-3189| |||

2:15-bk-52357|Enhanced Acquisitions LLC |3840 E. Robinson Road|Suite 353|Buffalo, NY 14228-2001| ||

2:15-bk-52357|Enhanced Recovery |8014 Bayberry Rd.|Jacksonville, FL 32256-7412| |||

2:15-bk-52357|CHOICE RECOVERY INC|1550 OLD HENDERSON ROAD|STE 100|COLUMBUS OH 43220-3662|||preferred duplicate

2:15-bk-52357|Fabco |P.O. Box 20850|Columbus, OH 43220-0850| |||

2:15-bk-52357|Federal Adjustment Bureau |4640 Executive Dr.|Columbus, OH 43220-3602| |||

2:15-bk-52357|First Premier |3820 N Louise Ave.|Sioux Falls, SD 57107-0145| ||

2:15-bk-52357|Firstmerit Bank |111 Cascade Plaza CAS-36|Akron, OH 44308-1124| |||

2:15-bk-52357|Firstmerit Bank |3 Cascade Plaza|Akron, OH 44308-1124| |||

2:15-bk-52357|Frank and Woolridge CO |PO Box 6356|Columbus, OH 43206-0356| |||

2:15-bk-52357|Franklin County Common Pleas |369 S. High St.|Columbus, OH 43215-4516| |||

2:15-bk-52357|Friendly Finance |6340 Security Blvd.|Gwynn Oak, MD 21207-5161| |||

2:15-bk-52357|Gulf Coast Collection Bureau |5630 Marquesas Cir|Sarasota, FL 34233-3331| |||

2:15-bk-52357|Hunter Warfield |4620 Woodland Corp|Tampa, FL 33614-2415| |||

2:15-bk-52357|INTERNAL REVENUE SERVICE|CENTRALIZED INSOLVENCY OPERATIONS|PO BOX 7346|PHILADELPHIA PA 19101-7346|||preferred

2:15-bk-52357|Insight |P.O. Box 740273|Cincinnati, OH 45274-0273| |||

2:15-bk-52357|Integrity Solution Services |7825 Washington Ave S|Ste 310|Minneapolis, MN 55439-2424| ||

2:15-bk-52357|Invisible Fence of Columbus East |269 S State St|Westerville, OH 43081-2248| |||

2:15-bk-52357|JC Christiasen & Associates |200 14th Ave East|Sartell, MN 56377-4500| |||

2:15-bk-52357|JP Recovery Services |2022 Center Ridge|Ste 370|Rocky River, OH 44116| ||

2:15-bk-52357|JP Recovery Services Inc |2022 Center Ridge Rd|Ste 370|Rocky River, OH 44116| ||

2:15-bk-52357|Kathleen Stermer |5611 Nash Trail|Columbus, OH 43228-8920| |||

2:15-bk-52357|Keybridge Medical Revenue |2244 Baton Rouge|Lima, OH 45805-1132| |||

2:15-bk-52357|Knox Energy Cooperative Association |Po Box 641915|Cincinnati, OH 45264-1915| |||

2:15-bk-52357|LVNV Funding LLC |P.O. Box 10497|Greenville, SC 29603-0497| |||

2:15-bk-52357|Meade & Associates |737 Enterprise Dr.|Westerville, OH 43081-8841| |||

2:15-bk-52357|Midland Credit Union |8875 Aero Dr.|San Diego, CA 92123-2255| |||

2:15-bk-52357|Midland Funding |8875 Aero Dr.|San Diego, CA 92123-2255| |||

2:15-bk-52357|NPRTO |10619 S Jordan Gateway|Ste 100|South Jordan, UT 84095-3974| ||

2:15-bk-52357|Nationwide Children's Hospital |Collect Dept|700 Childrens Dr.|Columbus, OH 43205-2664| ||

2:15-bk-52357|Navient |300 Continental Dr|Newark, DE 19713-4322| |||

2:15-bk-52357|Nelnet Loan Services |3015 S. Parker Rd.|Suite 425|Aurora, CO 80014-2904| ||

2:15-bk-52357|Nelnet on behalf of College Assist |College Assist|1560 Broadway Suite 1700|Denver CO 80202-5159| ||

2:15-bk-52357|Nemo's Collection |14631 N. Cave Creek Rd.|Phoenix, AZ 85022-4159| |||

2:15-bk-52357|Ohio Dept of Taxation |Po Box 182197|Columbus, OH 43218-2197| |||

2:15-bk-52357|Ohio Health |Po Box 182141|Columbus, OH 43218-2141| |||

2:15-bk-52357|Ohio Health Urgent Care |2550 N. Thunderbird Circle|Suite 123|Mesa, AZ 85215-1217| ||

2:15-bk-52357|Progressive Fincance |10619 South Jordan Gateway, Suite 100|South Jordan, UT 84095-3974| |||

2:15-bk-52357|RS Clalrk & Associates |12990 Pandora Dr. Suite 150|Dallas, TX 75238-5256| |||

2:15-bk-52357|Radiology Incorporated |PO Box 182504|Columbus, OH 43218-2504| |||

2:15-bk-52357|SPRINGLEAF FINANCIAL SERVICES|P O BOX 3251|EVANSVILLE IN 47731-3251|||preferred

2:15-bk-52357|SPRINGLEAF FINANCIAL SERVICES|P O BOX 3251|EVANSVILLE IN 47731-3251|||preferred duplicate

2:15-bk-52357|Student Loan Corporation |P.O. Box 6615|The Lakes, NV 88901-6615| |||

2:15-bk-52357|Sunrise Credit Services |P.O. Box 9100|Farmingdale, NY 11735-9100| |||

2:15-bk-52357|The Ohio Bell Telephone Company |% AT&T Services, Inc|Karen Cavagnaro, Paralegal|One AT&T Way, Room 3A104|Bedminster, NJ 07921-2693| |

2:15-bk-52357|The Ohio State University |Po Box 643684|Pittsburgh, PA 15264-3684| |||

2:15-bk-52357|TIDEWATER FINANCE COMPANY|P O BOX 13306|CHESAPEAKE VA 23325-0306|||preferred

2:15-bk-52357|Why Not Leasing |1750 Elm St|Ste 1200|Manchester, NH 03104-2919| ||

2:15-bk-52357|WhyNotLeaseIt |1750 Elm St., Suite 1200|Manchester, NH 03104-2907| |||

2:15-bk-52357|Faye D. English |Chapter 13 Trustee|10 West Broad Street|Suite 900|Columbus, OH 43215-3449 | ||

2:15-bk-52357|Lucas M. Ruffing |Rauser & Associates|5 East Long St., Suite 300|Columbus, OH 43215-2915|||
2:15-bk-52357|Nicholas F. Phillips |7235 Kenmare Dr|Reynoldsburg, OH 43068-8212||||
2:15-bk-52357|Rebecca D. Phillips |7235 Kenmare Dr|Reynoldsburg, OH 43068-8212||||